**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 00-1180**

───────────────

TANIA VELEZ,

Plaintiff - Appellant,

versus

UUNET TECHNOLOGIES, INCORPORATED,

Defendant - Appellee.

───────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Claude M. Hilton, Chief District Judge.  (CA-99-493-A)

───────────────

Submitted:  July 13, 2000                    Decided:  July 19, 2000

───────────────

Before WIDENER, LUTTIG, and TRAXLER, Circuit Judges.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Sharon Fast Gustafson, Arlington, Virginia, for Appellant.  Thomas F. O'Neil, III, Harvey D. Rumeld, Darryl G. McCallum, WORLDCOM, INC., Washington, D.C., for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Tania Velez appeals from the district court's orders: (1) granting summary judgment to the defendant on her employment discrimination complaint; and (2) denying her motion for reconsideration. Our review of the record, the parties' briefs, and the district court's opinions discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. See Velez v. UUNET Technologies, No. CA-99-493-A (E.D. Va. Dec. 29, 1999 & Jan. 21, 2000).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court's order is marked as "filed" on December 28, 1999, the district court's records show that it was entered on the docket sheet on December 29, 2000. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).